```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 29605
   IVY DENISE SCOTT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2479

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/27/2005 and was confirmed 12/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/19/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00             .00
CREDIT PROTECTION          NOTICE ONLY     NOT FILED         .00             .00
CAPITAL ONE                UNSECURED         545.16          .00           47.99
CAPITAL ONE                UNSECURED        1009.98          .00           81.25
CITY OF CHICAGO PARKING    UNSECURED        1020.00          .00           82.04
COMMONWEALTH EDISON        UNSECURED       NOT FILED         .00             .00
MCI                        UNSECURED       NOT FILED         .00             .00
PARK DANSEN                NOTICE ONLY     NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED         .00             .00
CBCS                       NOTICE ONLY     NOT FILED         .00             .00
PROVIDIAN                  UNSECURED       NOT FILED         .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         844.13          .00           67.89
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY     NOT FILED         .00             .00
US DEPARTMENT OF EDUCATI   UNSECURED       11758.42          .00         1035.11
DIRECT LOANS               NOTICE ONLY     NOT FILED         .00             .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED         .00             .00
SHAPIRO & KREISMAN         NOTICE ONLY     NOT FILED         .00             .00
AMERICAN GENERAL           SECURED           100.00         4.16          100.00
AMERICAN GENERAL           UNSECURED       NOT FILED         .00             .00
LOUIS A WEINSTOCK          NOTICE ONLY     NOT FILED         .00             .00
BROTHER LOAN & FINANCE     UNSECURED            .00          .00             .00
ARROW FINANCIAL SERVICES   UNSECURED         388.51          .00           31.26
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED         .00             .00
CITY OF CHICAGO WATER DE   SECURED NOT I   1372.20           .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,600.00                     1,863.78
TOM VAUGHN                 TRUSTEE                                        195.02
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
```

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 29605 IVY DENISE SCOTT

```
--------------------------------------------------------------------------------
TRUSTEE                                  3,508.50

PRIORITY                                                              .00
SECURED                                                            100.00
    INTEREST                                                         4.16
UNSECURED                                                        1,345.54
ADMINISTRATIVE                                                   1,863.78
TRUSTEE COMPENSATION                                               195.02
DEBTOR REFUND                                                         .00
                                   ---------------       ---------------
TOTALS                                   3,508.50              3,508.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/27/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 05 B 29605 IVY DENISE SCOTT